**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-CR-30043 |
| ) | |
| NATHANIEL STONE, ) | |
| ) | |
| Defendant. ) | |

**INFORMATION CHARGING PRIOR OFFENSES**

COMES NOW the United States of America, by John E. Childress, United States Attorney for the Central District of Illinois, and Assistant United States Attorney Matthew Z. Weir, and hereby gives notice pursuant to Title 21, United States Code, Section 851(a)(1), of the following prior conviction of the defendant which may qualify as a basis for a sentencing enhancement:

    1.    *People v. Nathaniel Stone*, Morgan County Circuit Court case number 2001-CF-133, Manufacture/Delivery of Cocaine.

The effect of this prior conviction for a felony drug offense is as follows:

a) Inasmuch as Counts One, Two and Three allege distribution of 50 grams or more of methamphetamine (actual), the defendant is subject to a sentence of not less than 20 years and not more than life imprisonment, a fine not to exceed $20,000,000, and a term of supervised release of not less than 10 years and up to life.

Respectfully submitted,

JOHN E. CHILDRESS
UNITED STATES ATTORNEY

*/s/ Matthew Z. Weir*
Matthew Z. Weir, IL Bar # 6304257
Assistant United States Attorney
United States Attorney's Office
318 South 6th Street
Springfield, IL  62701
Telephone: 217/492-4450
Email: Matthew.Weir@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney of record.

*/s/ Matthew Z. Weir*
Matthew Z. Weir
Assistant United States Attorney