## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-CR-30043 |
| ) | |
| NATHANIEL STONE, ) | |
| ) | |
| Defendant. ) | |

### AMENDED INFORMATION CHARGING PRIOR OFFENSE

COMES NOW the United States of America, by John C. Milhiser, United States Attorney for the Central District of Illinois, and Assistant United States Attorney Matthew Z. Weir, and hereby gives notice pursuant to Title 21, United States Code, Section 851(a)(1), of the following prior conviction of the defendant, which may qualify as a basis for a sentencing enhancement:

1. *People v. Nathaniel Stone*, Morgan County Circuit Court case number 2010-CF-29, Possession of Methamphetamine Manufacturing Materials, and as a result:

    a. The defendant faced a possible sentence of 10 years or

more of imprisonment;

b. The defendant served a term of imprisonment of more than 12 months; and

c. The defendant was released from imprisonment within 15 years of the commencement of the offenses alleged in Counts One, Two and Three of the Superseding Indictment.

2. The effect of this prior conviction for a serious drug felony is as follows:

a. Inasmuch as Counts One, Two and Three of the Superseding Indictment allege distribution of 50 grams or more of methamphetamine (actual), the defendant is subject to a sentence of not less than 15 years and not more than life imprisonment, a fine not to exceed $20,000,000, and a term of supervised release of not less than 10 years and up to life.

3. The United States hereby moves to withdraw the "INFORMATION CHARGING PRIOR OFFENSES" previously filed in this matter on 08/07/2018. [R.30]

Respectfully submitted,

JOHN C. MILHISER
UNITED STATES ATTORNEY

/s/ *Matthew Z. Weir*
Matthew Z. Weir, IL Bar # 6304257
Assistant United States Attorney
United States Attorney's Office
318 South 6th Street
Springfield, IL  62701
Telephone: 217/492-4450
Email: Matthew.Weir@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney of record.

/s/ *Matthew Z. Weir*
Matthew Z. Weir
Assistant United States Attorney