# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATHANIEL STONE, )<br>)<br>Defendant. ) | Case No. 18-CR-30043 |

## MOTION TO WITHDRAW FILING

COMES NOW the United States of America, by John C. Milhiser, United States Attorney for the Central District of Illinois, and Matthew Z. Weir, Assistant United States Attorney, and hereby states the following in support of its motion to withdraw filing:

1. On October 2, 2019, the Grand Jury returned a superseding indictment against the defendant for one count of conspiracy to distribute fifty grams or more of actual methamphetamine, one count of possession with intent to distribute 50 grams or more of actual methamphetamine, one count of attempted possession with intent to deliver 50 grams or more of actual methamphetamine, and one count of possession of a firearm by a felon.

2. On November 12, 2019, the government filed an amended notice of prior convictions pursuant to 21 U.S.C. § 851. In its amended notice, the government sought to enhance the defendant's mandatory minimum from 10 to 15 years based on his prior convictions in state court.

3. The government moves to withdraw its previously filed amended notice of prior convictions filed in this matter.

WHEREFORE, it is respectfully requested that the government's previously filed motion giving notice of prior convictions be withdrawn.

    Respectfully submitted,

    JOHN C. MILHISER
    UNITED STATES ATTORNEY

    */s/ Matthew Z. Weir*
    Matthew Z. Weir
    Assistant United States Attorney
    United States Attorney's Office
    318 South 6th Street
    Springfield, IL 62701
    Telephone: 217/492-4450
    Email: matthew.weir@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney of record.

>*/s/ Matthew Z. Weir*
>Matthew Z. Weir
>Assistant United States Attorney