# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-CR-30043 |
| ) | |
| NATHANIEL STONE, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S RESPONSE TO
## DEFENDANT'S OBJECTION TO § 851 ENHANCEMENT

COMES NOW the United States of America, by John C. Milhiser, United States Attorney for the Central District of Illinois, and Matthew Z. Weir, Assistant United States Attorney, and hereby states the following in response to the defendant's objection to § 851 enhancement:

1. On October 2, 2019, the Grand Jury returned a superseding indictment against the defendant for one count of conspiracy to distribute fifty grams or more of actual methamphetamine, one count of possession with intent to distribute 50 grams or more of actual methamphetamine, one count of attempted possession with intent to deliver 50 grams or more of

actual methamphetamine, and one count of possession of a firearm by a felon.

2. On November 12, 2019, the government filed a notice of prior convictions pursuant to 21 U.S.C. § 851. In its motion, the government sought to enhance the defendant's mandatory minimum from 10 to 15 years based on his prior convictions in state court.

3. On February 12, 2020, the defendant filed an objection to the amended § 851 enhancement.

4. The government intends to withdraw the § 851 filing.

5. Because the amended § 851 filing will be withdrawn, the defendant's objection is moot.

6. The government asks this Court to dismiss the defendant's objection as moot.

WHEREFORE, it is respectfully requested that the Court dismiss the defendant's objection to his § 851 enhancement as moot.

Respectfully submitted,

JOHN C. MILHISER
UNITED STATES ATTORNEY

/s/ Matthew Z. Weir
Matthew Z. Weir
Assistant United States Attorney
United States Attorney's Office
318 South 6th Street
Springfield, IL 62701
Telephone: 217/492-4450
Email: matthew.weir@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney of record.

>*/s/ Matthew Z. Weir*
>Matthew Z. Weir
>Assistant United States Attorney